UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY WOESSNER, | CASE NO. 2:22-cv-00275-JHC |
| Plaintiff, | ORDER |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion for Confidentiality and Protective Order. Dkt. # 10. The Court has considered the motion and, for the reasons discussed below, GRANTS it as modified.

"There is a strong presumption of public access to the court's files." LCR 5(g). The Court may issue a protective order "for good cause" under Federal Rule of Civil Procedure 26(c).

> The Court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal.

ORDER - 1

LCR 26(c)(2).  The Court's Model Stipulated Protective Order says, "The parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'"  W.D. Wash. Model Stipulated Protective Order, https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.

The parties define confidential material as: "CCTV footage, policies and procedures, data collected from audits, inspections, or investigations, maintenance records, safety standards, hazard abatement, etc."  Dkt. # 10.  The use of the term "etc." is broad and does not describe confidential materials with sufficient specificity.  And the parties do not justify the use of the term with argument.  Thus, the Court has stricken the term from the Protective Order and GRANTS the motion as modified.  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of July, 2022.

John H. Chun
United States District Judge

ORDER - 2