IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MARY WOESSNER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign profit corporation, licensed do and doing business in Washington,<br><br>　　　　　　Defendant. | CAUSE NO. 2:22-CV-00275-JHC<br><br>ORDER RE: DEFENDANT HOME DEPOT U.S.A., INC'S MOTIONS *IN LIMINE* |

　　　THIS MATTER comes before the Court on Defendant Home Depot U.S.A., Inc.'s Motions *in Limine*. Dkt. # 21. The Court has considered the materials filed in support of, and in opposition to, the motions, as well as the rest of the case file and the applicable law.[1] Being fully advised, the Court ORDERS as follows:

//

//

//

---

[1] No reply papers are to be filed in support of motions in limine. LCR 7(d)(4). Although the motions are noted for May 19, 2023, they are fully briefed, and the Court may now rule on them.

ORDER RE: DEFENDANT HOME DEPOT U.S.A., INC.'S
MOTIONS *IN LIMINE*
(CAUSE NO. 2:22-CV-00275-JHC)- Page 1

| NO. | MATTER TO BE EXCLUDED | RULING |
|---|---|---|
| 1. | All Parties Should be Required to Provide 24 Hours' Notice to Opposing Counsel of Their Intent to Call Witnesses at the Time of Trial [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 2. | Exclusion of All Non-Party Witnesses from the Courtroom During the Course of Trial [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 3. | Prohibition of Display of Any Exhibit or Demonstrative Evidence until the Exhibit Has Been Shown to Opposing Counsel and Permission by the Court Has Been Obtained to Use Any Such Exhibit [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 4. | Prohibition of Discussion or Comments on the Presence of the Parties or Available Witnesses Not Called to Testify at Trial [STIPULATED] | [ X ] Granted<br>[ ] Denies<br>[ ] Reserved |
| 5. | Duty to Inform Witnesses of Motion *in limine* Orders Relevant to Them [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 6. | Exclusion of Evidence of or Reference to Home Depot's Size, Corporate Structure, Revenue or Ability to Pay [DISPUTED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 7. | Prohibition of References to Litigation Strategy, Tactics, or Motions [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| 8. | Prohibition of Requests for a Witness to Comment on the Credibility of Other Witnesses [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 9. | Exclusion of Evidence Regarding Insurance [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 10. | Exclusion of References to Settlement Discussions and Offers [STIPULATED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| 11. | Exclusion of Questioning at Voir Dire Regarding Specific Dollar Amounts or Ability to Commit to a Particular View or Position [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| 12. | Prohibition of "Golden Rule" Arguments [STIPULATED IN PART] | [ X ] Granted<br>[ ] Denied |

ORDER RE: DEFENDANT HOME DEPOT U.S.A., INC.'S
MOTIONS *IN LIMINE*
(CAUSE NO. 2:22-CV-00275-JHC)- Page 2

| | | | |
|---|---|---|---|
| | | | [ ] Reserved |
| | 13. | Exclusion of Testimony and Argument Which Essentially Seek Punitive Damages [DISPUTED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| | 14. | Exclusion of Prior Lawsuits Involving Home Depot Unrelated to this Matter [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 15. | Exclusion of Any Exhibits of any Laws or Regulations [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 16. | Exclude Any and All Evidence Offered By Any Witness Purporting To State a Legal Requirement or Violation of Any Government or Code Requirement be Deemed Inadmissible [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 17. | Exclusion of Opinions from Lay Witnesses Including Opinions Regarding Standard of Care, Causation and Medical Assessment [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 18. | Prohibition of References to Legal Conclusions Regarding "Fault" or "Duty of Care" During Examination of Witnesses [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 19. | Legal Conclusions from Experts [DISPUTED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| | 20. | Exclusion of Testimony and/or Opinions of Plaintiff's Health Care Providers [DISPUTED] | [ ] Granted<br>[ ] Denied<br>[ X ] Reserved |
| | 21. | Exclusion of any Testimony and Evidence from David Spanier, M.D. regarding permanence of Plaintiff's injuries [DISPUTED] | [ ] Granted<br>[ X ] Denied<br>[ ] Reserved |
| | 22. | Exclusion of any Testimony and Evidence from Levi Dixon, M.S., CSLT Which Exceeds his Scope of Expertise and/or Report [DISPUTED] | [ ] Granted<br>[ X ] Denied<br>[ ] Reserved |
| | 23. | Exclusion of Evidence of Subsequent Remedial Measures [DISPUTED] | [ X ] Granted<br>[ ] Denied<br>[ ] Reserved |
| | 24. | Exclusion of Any Testimony or Reference to the Cost of Bird Mitigation Alternatives, Specifically Netting [DISPUTED] | [ ] Granted<br>[ X ] Denied |

ORDER RE: DEFENDANT HOME DEPOT U.S.A., INC.'S
MOTIONS *IN LIMINE*
(CAUSE NO. 2:22-CV-00275-JHC)- Page 3

| | | |
|---|---|---|
| | | [ ] Reserved |
| 25. | Exclusion of Any Testimony or Reference to Bird Droppings Being the Cause of Plaintiff's Fall [DISPUTED] | [ ] Granted<br>[ X ] Denied<br>[ ] Reserved |

DATED this 16th day of May, 2023 in Seattle, Washington.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANT HOME DEPOT U.S.A., INC.'S
MOTIONS *IN LIMINE*
(CAUSE NO. 2:22-CV-00275-JHC)- Page 4