THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY WOESSNER,<br><br>    Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CASE NO. C22-0275-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to substitute counsel. (Dkt. No. 36.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Jason Murphy of Driggs, Bills & Day, PLLC may effect a termination of one law office and the appearance of a new law office, Murphy Trial Law PLLC.

DATED this 25th day of June 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C22-0275-JCC
PAGE - 1