THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARY WOESSNER, | CASE NO. C22-0275-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants and jury in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, November 27, 2023.

DATED this 16th day of November 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C22-0275-JCC
PAGE - 1