THE HONORABLE JUDGE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MARY WOESSNER, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign profit corporation, licensed do and doing business in Washington,<br><br>                      Defendant. | CAUSE NO. 2:22-CV-00275-JCC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>NOTE FOR HEARING: JANUARY 18, 2024 WITHOUT ORAL ARGUMENT |

## I.    STIPULATION

Plaintiff Mary Woessner ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiff in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of the court.

//

//

STIPULATED TO on this 18th day of January, 2024.

| MURPHY TRIAL LAW PLLC | HWS LAW GROUP |
|---|---|
| /s/Jason Murphy via email authorization<br>Jason Murphy, WSBA No. 50605<br>Attorney for Plaintiff Mary Woessner | /s/Kelsey L. Shewbert<br>/s/Shaun G. Campbell<br>Kelsey L. Shewbert, WSBA No. 51214<br>Shaun G. Campbell, WSBA No. 47863<br>Attorneys for Defendant Home Depot U.S.A., Inc. |

## II.   ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiff in the above-captioned matter shall be, and hereby are DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DONE this 2nd day of February 2024.

_____
Judge John C. Coughenour

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:22-CV-00275-JCC)- Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065